1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                   AT SEATTLE

10    MATHEW JAMES MIGHELL,

11                            Plaintiff,          Case No. C14-0285 RSM

12        v.

13    CITY OF EDMONDS, *et al*.,                  ORDER GRANTING DEFENDANTS'
                                                  MOTION FOR SUMMARY JUDGMENT
14                            Defendants.

15

16        The Court, having reviewed plaintiff's complaint, defendants' motion for summary

17   judgment, the Report and Recommendation of the Honorable Mary Alice Theiler, United States

18   Magistrate Judge, and the remaining record, does hereby find and ORDER:

19        (1)    The Court adopts the Report and Recommendation;

20        (2)    Defendants' motion for summary judgment (Dkt. 30) is GRANTED;

21        (3)    Plaintiff's complaint and this action are DISMISSED with prejudice as to

22   plaintiff's federal constitutional claims and without prejudice as to plaintiff's state law

23

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 1

1 negligence claims; and

2    (4)    The Clerk is directed to send copies of this Order to plaintiff, to counsel for

3 defendants, and to the Honorable Mary Alice Theiler.

4    DATED this 9 day of March 2015.

5

6

7    RICARDO S. MARTINEZ
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT - 2